IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**GRIFFIN RIVER TERMINAL, INC.**                                        **PLAINTIFF**

v.                  **CASE NO. 2:21-CV-00141-BSM**

**TERRAL RIVERSERVICE, INC.**                                        **DEFENDANT**

**JUDGMENT**

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 7th day of September, 2023.

_____
UNITED STATES DISTRICT JUDGE